IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY JEAN D., | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| v. | : | No. 23-3882 |
| | : | |
| CAROLYN COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security, | : | |
| *Defendant.* | : | |

### ORDER

AND NOW, this 13th day of December 2024, upon consideration of Plaintiff Mary Jean D.'s Brief and Statement of Issues in Support of Request for Review (ECF 6), the Commissioner's Response (ECF 7), and Plaintiff's Reply (ECF 8), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings in accordance with the Memorandum Opinion; and

2. **JUDGMENT** is entered in **FAVOR** of Plaintiff Mary Jean Dailey and **AGAINST** Defendant Carolyn Colvin, Acting Commissioner of Social Security; and

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*